IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE PIPE
TRADES DISTRICT COUNSEL NO. 36
HEALTH AND WELFARE FUND, et al.,

    Plaintiffs,

v.

CLIFTON ENTERPRISES, et al.,

    Defendants.
_____/

No. 11-00463 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On October 4, 2011, Plaintiffs' counsel filed a request to appear telephonically at the initial case management conference set for October 11, 2011. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court.

Dated: October 6, 2011

                                                              *Elizabeth D. Laporte*
                                                              ELIZABETH D. LAPORTE
                                                              United States Magistrate Judge